

# The Ottinger Firm, PC

**Robert Ottinger**
robert@ottingerlaw.com

July 2, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/12

## VIA HAND DELIVERY

The Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Syrnik v. Polones Construction Corp.</u>, No. 11 Civ. 7754 (KBF)(HBP)

Dear Judge Forrest:

As Your Honor is aware, this firm represents Plaintiff Yurek Syrnik in the above-referenced action. Pursuant to Local Civil Rule 1.4, we write to respectfully request the Court issue an order directing that Christopher Q. Davis be withdrawn as attorney of record for Plaintiff. Mr. Davis is no longer associated with The Ottinger Firm, P.C. and will not continue his representation of Plaintiff in this matter. Given the continued representation of Plaintiff by the Ottinger Firm, P.C., this withdrawal will not affect the posture of this case.

Thank you for Your Honor's consideration of this request.

Sincerely,

*/s/ Robert Ottinger*

Robert Ottinger

cc: (Jonathan Behrins, Counsel for Defendants – via email)

*Granted. The Clerk of the Court is directed to terminate Mr. Davis as an Attorney to be Noticed in this matter.*

**SO ORDERED:**

7/9/12

*/s/ K. B. Forrest*

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE